# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

September 23, 2019

Clerk's Office - **USCA No. 00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

    Re:   *United States of America v.* Dontavious M. Berry
            USDC Criminal No. 1:16-cr-0413-01-AT

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of Notice of Appeal, Docket Sheet, Order and Clerk's Judgment appealed from enclosed.** |
| | Original record transmitted pursuant to request.   (See attached copy of request.) |
| | Appeal fees   been paid. |
| | Certified copy of order appointing Federal Defender Program enclosed. |
| **X** | **Certified copy of CJA order appointing counsel enclosed.** |
| | Appellant has been forwarded an application to proceed IFP. |
| | Appellant has been granted leave to proceed IFP, copy of order enclosed. |
| | An appeal bond has been denied. |
| **X** | **The United States District Judge appealed from is Honorable Amy Totenberg.** |
| | Other: |

The enclosed certified record on appeal consists of:

| | | | |
|---|---|---|---|
| | Volume(s) of pleadings. | | Volume(s) of exhibits. |
| | Volume(s) of transcripts. | | PSI enclosed. (SEALED) |

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                       By:   /s/ Kimberly Carter
Enclosures                          Deputy Clerk